Decided September 16, 2008

IN RE JUSTIN F. ET AL.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 29912) is dismissed.

*Anthony L.*, pro se, and *Kimberly A.*, pro se, in support of the petition.

*Susan T. Pearlman*, assistant attorney general, in opposition.

Decided September 16, 2008

STATE OF CONNECTICUT *v.* WILLIAM PETAWAY

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 730 (AC 27088), is denied.

*David V. DeRosa*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided September 25, 2008